UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUIS URIEL DINEZ MURILLO,<br><br>   Defendant. | CASE NO. CR25-240 LK<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Reentry of Removed Alien

<u>Date of Detention Hearing</u>:    December 8, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant is charged by Information and has entered a plea of guilty to the

DETENTION ORDER
PAGE -1

above-referenced offense.   His criminal history includes multiple failures to appear resulting in warrants.   He is associated with multiple alias names and identifiers.   He has been deported and voluntarily returned to Mexico on a number of occasions. Defendant does not oppose entry of an Order of Detention.

      2.      Defendant poses a risk of nonappearance based on a history of failing to appear for hearings, failing to comply with supervision, familial ties to other districts, and ties to Mexico. Defendant poses a risk of danger based on criminal history.

      3.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

//

DETENTION ORDER
PAGE -2

DATED this 8th day of December, 2025.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3